UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID L. MCBRIDE,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No.  CV-08-3017-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. 405(g) |

    BEFORE THE COURT is the parties' Stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 22.)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 8.) After considering the stipulation of the parties,

    **IT IS ORDERED:**

    1.   The parties' stipulated Motion for Remand **(Ct. Rec. 22)** is **GRANTED**.  The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will re-evaluate all of the medical evidence including the opinions of Drs. Thomas, Clippinger, Palmatier, Nesland, McLaughlin and Gilmore about

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

Plaintiff's abilities and limitations for the period beginning September 2, 2003; re-contact physicians as necessary for additional evidence or to provide clarification about Plaintiff's abilities and limitations for the period beginning September 2, 2003; further consider whether Plaintiff experienced medical improvement providing specific discussion of the basis for any finding of improvement including when the improvement occurred, what the improvement was, and on what evidence these conclusions are based; re-evaluate Plaintiff's maximum residual functional capacity; and if necessary, consult a medical expert and/or a vocational expert. The ALJ will perform any further development and conduct any further proceedings deemed necessary. Plaintiff and the ALJ may also raise and pursue additional issues, including any discussed in Plaintiff's brief.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED October 2, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2