1

2

3

4                    UNITED STATES DISTRICT COURT

5                  EASTERN DISTRICT OF WASHINGTON

6  DAVID L. McBRIDE,                    )
                                        )
7         Plaintiff,                    )
                                        )   NO.  CV-08-3017-CI
8         v.                            )
                                        )   **JUDGMENT IN A**
9  MICHAEL J. ASTRUE,                   )     **CIVIL CASE**
   Commissioner of Social Security,     )
10                                       )
          Defendant.                    )
11 _____)

12        **STIPULATION BY THE PARTIES**:

13        The parties have stipulated to the remand of the captioned matter pursuant to

14 sentence four of 42 U.S.C. § 405(g).

15        **IT IS ORDERED AND ADJUDGED** that**:**

16        The matter is **REMANDED** for additional proceedings pursuant to sentence four

17 of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

18        DATED this 2nd day of October, 2008.

19                                    JAMES R. LARSEN
20                                    District Court Executive/Clerk

21                                    s/ L. Stejskal
                                      Deputy Clerk
22

23

24

25

26

27

28